UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COCKETT MARINE OIL DMCC** | * | **CIVIL ACTION No.: 23-5183** |
| | * | |
| **versus** | * | **SECTION "T"** |
| | * | |
| **M/V ELEEN EVA, its tackle, furniture, apparel, appurtenances, etc.,** | * | **MAG. DIVISION "1"** |
| | * | |
| *in rem,* | * | **JUDGE GREG GERARD GUIDRY** |
| | * | |
| **Defendants and Garnishees**, *et al.* | * | **MAGISTRATE JUDGE** |
| | * | |
| | * | **JANIS VAN MEERVELD** |

## ORDER

**CONSIDERING** the *Ex Parte* Motion to Enroll as Attorney *Pro Hac Vice* filed by plaintiff Cockett Marine Oil DMCC (R. Doc. 8),

**IT IS ORDERED** that J. Stephen Simms be and hereby is enrolled as lead counsel and trial counsel *pro hac vice* in this matter for plaintiff Cockett Marine Oil DMCC.

New Orleans, Louisiana this  11th   day of September 2023.

_____
**UNITED STATES DISTRICT JUDGE**