UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COCKETT MARINE OIL DMCC**

| | | |
|---|---|---|
| -AND- | * | CIVIL ACTION NO.: 23-5183 |
| | * | |
| **INTERVENOR AURORA MARINE** | * | SECTION "T" |
| **FUELS, LTD.** | * | JUDGE GREG GERARD GUIDRY |
| | * | |
| **VERSUS** | * | MAGISTRATE DIV. 1 |
| | * | MAG. JANIS VAN MEERVELD |
| **M/V ELEEN EVA, her engines, tackle, And appurtenances, etc.,** *in rem* **and Eleen Marine JSC** *in personam* | * | |
| **And** | * | |
| | * | |
| **General Maritime Transportation Services, Inc.** | * | |
| | * | |
| | * | |
| **And** | * | |
| | * | |
| **The Master of the M/V ELEEN EVA,** | * | |
| | * | |
| **Garnishees.** | * | |

## MOTION TO INTERVENE OF RIGHT

**NOW INTO COURT**, through undersigned counsel, comes Intervenor, Aurora Marine Fuels, Ltd. ("AMF"), and, for all the reasons set forth more fully in the accompanying Memorandum in Support, seeks an order from the Court directing the Clerk of Court to enter AMF's attached Verified Complaint in Intervention into the Record in this matter.[1] Intervention is warranted as of right because AMF claims an interest relating to the property that is the subject of this action. *See* Fed. R. Civ. P. 24(a)(2).

---

[1] Pursuant to Fed. R. Civ. Proc. 24(a), AMF has intervention of right and therefor does not require leave of Court under Local Rule 7.6 to intervene. Nevertheless, pursuant to Local Rule 7.6, undersigned counsel for AMF certify that they have obtained consent for the filing and granting of the instant motion from counsel for Plaintiff, Cockett Marine Oil DMCC, which is the only party with counsel of record to date in this action.

**WHEREFORE**, Intervenor, Aurora Marine Fuels, Ltd., urges the Court to grant its Motion to Intervene Of Right and to issue an order directing the Clerk of Court to enter the attached Verified Complaint in Intervention into the Record in the referenced matter.

Respectfully Submitted,

/s/Christopher M. Hannan
CHRISTOPHER M. HANNAN (Bar No. 31765)
LAUREN E. BURK (Bar No. 34470)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana  70170
Telephone:  (504) 566-5278
Facsimile:  (504) 636-3978
E-mail:  channan@bakerdonelson.com
             lburk@bakerdonelson.com

**ATTORNEYS FOR AURORA MARINE FUELS, LTD.**

2